# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| SUSAN SINGER, | ) | 3:09-cv-0696-LRH (RAM) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | November 19, 2010 |
| | ) | |
| THE STATE OF NEVADA, ex rel. | ) | |
| ITS DEPARTMENT OF | ) | |
| TRANSPORTATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendant has filed a Motion to Compel (Doc. #22) and Plaintiff has opposed the Motion (Doc. #27).

It is clear from reviewing these documents that Defendant failed to comply with LR 26-7 prior to filing its Motion.  That Local Rule provides that the parties engage in a "personal consultation" and a "sincere effort" to resolve the discovery dispute prior to filing a discovery motion.

Defendant's Motion to Compel (Doc. #22) is **DENIED** for failure to comply with LR 26-7.  The filing of any further discovery motions in this matter without strict compliance with LR 26-7 will result in an award of sanctions.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK
By:_____/s/_____
Deputy Clerk