JAMES ANDRÉ BOLES, ESQ.
Nevada Bar No. 3368
411 Mill Street
Reno, Nevada 89502
Tel: (775) 329-1544

Attorney for Plaintiff Singer

```
____ FILED       ____ RECEIVED
____ ENTERED     ____ SERVED ON
              COUNSEL/PARTIES OF RECORD

           AUG 1 0 2011

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SUSAN SINGER<br><br>Plaintiff,<br><br>v.<br><br>STATE OF NEVADA ex rel its DEPARTMENT OF TRANSPORTATION in its official capacity as Employer;<br><br>Defendant. | Case No. 3:09-CV-00696-LRH-RAM<br><br>**SUBSTITUTION OF ATTORNEY** |

Counsel JAMES ANDRE BOLES, hereby withdraws as counsel of record for SUSAN SINGER in the above entitled case in the place and stead of SUSAN SINGER, proper, who is entering the matter on her behalf.

DATED this 22nd Day of July, 2011

/s/ James Andre Boles
James André Boles, Esq.
Attorney for Plaintiff

I, SUSAN SINGER, hereby agree to this substitution.

DATED this 21st Day of July, 2011

/s/ Susan Singer
Susan Singer

1
James André Boles, Esq.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: _____ July 25, 2011 _____

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5, I hereby certify that on this date, I served a true and correct copy of the foregoing document by:

_____ Depositing for mailing, in a sealed envelope, U.S. Postage prepaid, at Reno, Nevada.

_____ Reno/Carson Messenger Service.

_____ Personal Delivery.

_____ Facsimile.

__X__ E-Filing

addressed as follows:

Catherine Cortez Masto
Attorney General
Gilbert R. Garcia, Esq.
Deputy Attorney General
Bureau of Government Affairs
Transportation Division
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
ggarcia@ag.nv.gov

Susan Singer
670 E. Willow Street
Carson City, NV 89701
sing2wolf@att.net

DATED this 22nd day of July, 2011.

                                       /s/ James Andre Boles
                                        James Andre Boles