UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SUSAN SINGER, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>THE STATE OF NEVADA ex rel. ITS DEPARTMENT OF TRANSPORTATION,<br><br>  Defendant. | Case No.: 3:09-CV-00696-LRH-WGC<br><br>**STIPULATION AND ORDER DISMISSING WITH PREJUDICE** |

COMES NOW Defendant, STATE OF NEVADA ex rel. ITS DEPARTMENT OF TRANSPORTATION ("NDOT"), by and through legal counsel, Nevada Attorney General CATHERINE CORTEZ MASTO, and Deputy Attorney General GILBERT R. GARCIA, and Plaintiff SUSAN SINGER, in proper person, and hereby stipulate to dismissal with prejudice of the above-entitled case as to all causes of action, each party to bear their own attorneys' fees and costs.

**WHEREFORE**, the parties hereby request that this Court issue an Order dismissing with prejudice any and all actions brought by Plaintiff Susan Singer in Case No. 3:09-CV-

. . .

. . .

00696-LRH-WGC, each party to bear their own attorneys' fees and costs.

Dated this 12th day of September, 2011.

CATHERINE CORTEZ MASTO
Attorney General

By: /S/ GILBERT R. GARCIA
GILBERT R. GARCIA
Deputy Attorney General
Nevada Bar No. 9026
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
Telephone (702) 486-3584
Fax: (702) 486-3773
Attorneys for Defendant STATE OF NEVADA, ex rel. its DEPARTMENT OF TRANSPORTATION

Dated this 12th day of September, 2011.

SUSAN SINGER
Plaintiff

By: /S/ SUSAN SINGER
SUSAN SINGER
670 E. Willow St.
Carson City, Nevada 89701
Telephone: (775)
Fax: (775)
In Proper Person

## ORDER

The Court having considered the Stipulation submitted by the parties hereto and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Case No. 3:09-CV-00696-LRH-WGC be dismissed with prejudice, each party to bear their own attorneys' fees and costs.

DATED this 13th day of September 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE